NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1121


LINDA S. GUILLORY AND
JOSEPH GUILLORY, JR.

VERSUS

SHIRLEY JAMES, PRINCIPAL OF
SUNSET ELEMENTARY SCHOOL, ET AL.


**********


APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-3537-C
HONORABLE ALONZO HARRIS, DISTRICT JUDGE


**********


OSWALD A. DECUIR
JUDGE


**********


Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.


AFFIRMED.


L. Lane Roy
Dawn L.  Morris
Preis, Kraft & Roy
P. O. Drawer 94-C
Lafayette, LA 70509
(337) 237-6062
Counsel for Defendants/Appellees:
    St. Landry Parish School Board
    Shirley James, Principal

**Pius A. Obioha**
**Attorney at Law**
**1550 N. Broad Street**
**New Orleans, LA 70119**
**(504) 944-1049**
**Counsel for Plaintiffs/Appellants:**
    **Linda S. Guillory**
    **Joseph Guillory, Jr.**